**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| LOFT DEVELOPMENT, LLC, | : | No. 26 EM 2023 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| NNEKA OKOYE, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of August, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*, the Application to Expedite, the Petition to Strike, and the Application for Leave to File Supplemental Evidentiary Exhibits are DENIED.